No. 9740. STATE OF MONTANA ex rel. GEORGE W. HARGRAVES, RELATOR, *v.* DISTRICT COURT of the THIRTEENTH JUDICIAL DISTRICT of the STATE OF MONTANA, in and for the COUNTY OF YELLOWSTONE, The HONORABLE GUY C. DERRY, Presiding, RESPONDENTS.

304 Pac. (2d) 1118.

Decided Jan. 5, 1957.

*Mouat & Overfelt,* Billings, *Ralph J. Anderson* and *Stanley P. Sorenson,* Helena, for appellant.

*Sandall & Moses, Billings,* for respondent.

Per Curiam.

Pursuant to the provisions of R.C.M. 1947, sections 93-8003, subd. 2 and 93-8004, subd. 3, and upon the authority of Demos v. Doepker, 115 Mont. 183, 141 Pac. (2d) 372.

It is ordered that the motion of the respondent District Court and District Judge for an order quashing the alternative Writ of Prohibition heretofore issued herein be, and it is, granted and said Alternative Writ is vacated and set aside.

It is further ordered that the Peremptory Writ of Prohibition prayed for be, and it is, denied and this proceeding and cause is ordered dismissed forthwith.

MR. CHIEF JUSTICE ADAIR, and MR. JUSTICES ANGSTMAN, ANDERSON, DAVIS, and BOTTOMLY, concur.